## SANTORO v. UNITED STATES.

No. 1219.   Decided June 10, 1968.

*Robert S. Bailey* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted.   The judgment of the Court of Appeals for the Ninth Circuit is vacated and the case is remanded to that court for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123.   See *Roberts* v. *Russell, ante,* p. 293.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.